JOSEPHINE McMILLAN, ADMINISTRATRIX, v. A. &. H. FLYING SERVICE ET AL.

(Filed 28 February, 1934.)

APPEAL by plaintiff from *McElroy, J.,* at August Term, 1933, of BUNCOMBE.

Civil action to recover damages for death of plaintiff's intestate, alleged to have been caused by the negligence of the defendants.

The corporate defendant operates an airport near Fletcher, N. C. T. J. Roberts is president and acting manager of said corporation.

On 3 May, 1931, Graham Gardner, a licensed pilot, rented a plane from the corporate defendant, as he had previously done on a number of occasions, and started on a pleasure flight with plaintiff's intestate and another friend. They flew over the surrounding country, and during the trip fell near Fletcher, and all three were killed.

A separate issue of negligence was submitted to the jury with respect to each defendant and answered in the negative.

From the judgment entered on the verdict, the plaintiff appeals.

*Claude L. Love, Oscar Stanton, A. Hall Johnston and Emmett T. Wilson for plaintiff.*
*Cathey & McKinney and R. R. Williams for defendants.*

PER CURIAM. Conceding, without deciding, that the evidence was sufficient to carry the case to the jury, we have discovered no ruling or action of the trial court upon which the verdict can be disturbed on plaintiff's appeal. The judgment will be upheld.

No error.